UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Harry Styles

                    Plaintiff,

v.                                                     Case No.:
                                                            1:22−cv−07117

                                                             Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule A

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 23, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: The court having received no request for a hearing by the deadline [34] of 1/23/2023 at 10:30 a.m., the preliminary injunction hearing set for 1/25/2023 at 10:30 a.m. is stricken. Plaintiff';s motion for preliminary injunction [37] and motion for electronic service of process [39] are granted. Enter preliminary injunction order. In accordance with the order, the clerk is directed to unseal Schedule A to the complaint [2], Schedule A to the amended complaint [31], exhibit 2 to the declaration of Emily Holt [14], and the temporary restraining order [35]. The law firm of Greer, Burns & Crain Ltd. is hereby ordered to add ALL defendant names listed in Schedule A to the docket within three business days. Instructions can be found on the court's website located at www.ilnd.uscourts.gov/instructions. The next status report is due on or before 3/24/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.